IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10CV554-RJC-DSC

| | |
|---|---|
| RONALD CALVIN WILLIAMS, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **O R D E R** |
| ) | |
| LOOPNET, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for I. Neel Chatterjee and Daniel Weinberg]" (documents ##6 and 7) filed December 8, 2010. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 9, 2010

David S. Cayer
United States Magistrate Judge